**Fill in this information to identify the case:**

United States Bankruptcy Court  for the:

_____ District of _Delaware_
                              (State)

Case number (*If known*): _____    Chapter __7__

☐ Check if this is an
  amended filing

## Official Form 205

# Involuntary Petition Against a Non-Individual                    12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

### Part 1:    Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

| 1. | **Chapter of the Bankruptcy Code** | *Check one:* |
|---|---|---|
| | | ☑ Chapter 7 |
| | | ☐ Chapter 11 |

### Part 2:    Identify the Debtor

| 2. | **Debtor's name** | **Navient Solutions LLC** |
|---|---|---|

| 3. | **Other names you know the debtor has used in the last 8 years** | Navient |
|---|---|---|
| | Include any assumed names, trade names, or *doing business as* names. | |

| 4. | **Debtor's federal Employer Identification Number (EIN)** | ☐ Unknown |
|---|---|---|
| | | _4_ _6_ – _4_ _0_ _5_ _4_ _2_ _8_ _3_ |
| | | EIN |

5. **Debtor's address**

| Principal place of business | Mailing address, if different |
|---|---|
| 123    Justison Street | Number    Street |
| Number   Street | |
| | P.O. Box |
| Wilmington    DA    19801 | City    State    ZIP Code |
| City    State   ZIP Code | |
| | **Location of principal assets, if different from principal place of business** |
| New Castle County | Number    Street |
| County | |
| | City    State    ZIP Code |

| Debtor | Navient | Case number (if known) |
|--------|---------|------------------------|
|        | Name    |                        |

**6. Debtor's website** (URL)    navient.com

**7. Type of debtor**

☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other type of debtor. Specify: _____

**8. Type of debtor's business**

*Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the types of business listed.

☐ Unknown type of business.

**9. To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?**

☒ No

☐ Yes. Debtor _____    Relationship _____

District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

Debtor _____    Relationship _____

District _____ Date filed _____ Case number, if known _____
                                          MM / DD / YYYY

---

**Part 3:    Report About the Case**

**10. Venue**

*Check one:*

☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.

☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district.

**11. Allegations**

Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).

The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).

*At least one box must be checked:*

☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.

☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

**12. Has there been a transfer of any claim against the debtor by or to any petitioner?**

☒ No

☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a).

---

| Debtor | Navient Corporation | | Case number (if known)_____ |
|---|---|---|---|
| | Name | | |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sarah Bannister | Refund of overpayment  illegal collection | $ 6097.37 |
| Brandon Hood | Refund of overpayment  illegal collection | $ 28,919.37 |
| LaBarron Tate | Refund of overpayment  illegal collection | $ 10,666.90 |
| | Total of petitioners' claims | $ 45683.64 |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

**Part 4:   Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

| **Petitioners or Petitioners' Representative** | **Attorneys** |
|---|---|
| **Name and mailing address of petitioner** | |
| Sarah Bannister | Austin C. Smith |
| Name | Printed name |
| | Smith Law Group, LLP |
| 711    Amsterdam Avenue 8I | Firm name, if any |
| Number    Street | |
| | 99    Wall Street No.426 |
| New York          NY      10025 | Number    Street |
| City          State     ZIP Code | New York          NY      10005 |
| | City          State     ZIP Code |
| **Name and mailing address of petitioner's representative, if any** | Contact phone  (917) 267-2068    Email  austin@acsmithlaw.com |
| Name | Bar number    5377254 |
| Number    Street | State    New York |
| City          State     ZIP Code | |

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   01-25-2021
         MM / DD / YYYY

✗ *Sarah Bannister*
Signature of petitioner or representative, including representative's title

✗ [signature]
Signature of attorney

Date signed   02/05/2021
         MM / DD / YYYY

| Debtor | Navient Corporation | Case number (if known) |
|--------|---------------------|------------------------|
|        | Name                |                        |

**Name and mailing address of petitioner**

Brandon Hood
Name

12        Settlers Path
Number    Street

Sandwich                    MA                    02563
City                        State                 ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                        State                 ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____
MM  / DD / YYYY

✗ _____
Signature of petitioner or representative, including representative's title

---

Austin C. Smith
Printed name

Smith Law Group, LLP
Firm name, if any

99        Wall Street No. 426
Number    Street

New York                    NY                    10005
City                        State                 ZIP Code

Contact phone    (917) 267-2068        Email  austin@acsmithlawgroup.com

Bar number    5377254

State        New York

✗ _____
Signature of attorney

Date signed    02/05/2021
MM  / DD / YYYY

---

**Name and mailing address of petitioner**

LeBarron Tate
Name

11        Meadowsweet
Number    Street

Newnan                      GA                    30363-2907
City                        State                 ZIP Code

**Name and mailing address of petitioner's representative, if any**

Name

Number    Street

City                        State                 ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    1/25/2021
MM  / DD / YYYY

DocuSigned by:
✗ LeBarron Tate
Signature of petitioner or representative, including representative's title

---

Austin C. Smith
Printed name

Smith Law Group, LLP
Firm name, if any

99        Wall Street No. 426
Number    Street

New York                    NY                    10005
City                        State                 ZIP Code

Contact phone    (917) 267-2068        Email  austin@acsmithlawgroup.com

Bar number    5377254

State        New York

✗ _____
Signature of attorney

Date signed    02/05/2021
MM  / DD / YYYY

---