**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Southern__ District of __New York__
(State)

Case number (If known): __21-10249__   Chapter __11__

☒ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

   Check one:
   ☐ Chapter 7
   ☒ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**: Navient Solution LLC

3. **Other names you know the debtor has used in the last 8 years**

   Include any assumed names, trade names, or *doing business as* names.

   Navient, SLM Corp, Sallie Mae Servicing

4. **Debtor's federal Employer Identification Number (EIN)**

   ☐ Unknown

   54-1843973
   EIN

5. **Debtor's address**

   **Principal place of business**

   123   Justison St
   Number   Street

   Wilmington    DE    19801
   City    State    ZIP Code

   New Castle County
   County

   **Mailing address, if different**

   _____
   Number   Street

   P.O. Box

   _____
   City    State    ZIP Code

   **Location of principal assets, if different from principal place of business**

   60 Wall Street
   Number   Street

   New York    NY    10005
   City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor **Navient Solutions LLC**
Name

Case number (if known) **21-10249**

| | | |
|---|---|---|
| 6. | Debtor's website (URL) | Navient.com |

| | | |
|---|---|---|
| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| 8. | Type of debtor's business | *Check one:*<br><br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |

| | | |
|---|---|---|
| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☒ No<br>☐ Yes. Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>MM / DD / YYYY |

## Part 3:   Report About the Case

| | | |
|---|---|---|
| 10. | Venue | *Check one:*<br><br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked*:<br><br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Official Form 205            Involuntary Petition Against a Non-Individual            page 2

| Debtor | Navient Solutions LLC | | Case number (if known) | 21-10249 |

**13. Each petitioner's claim**

| Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|
| Sarah Bannister | Refund of overpayment | $ 6097.37 |
| Brandon Hood | Refund of overpayment | $ 28,919.37 |
| LaBarron Tate | Refund of overpayment | $ 10,666.90 |
| | Total of petitioners' claims | $ 45683.64 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

## Part 4: Request for Relief

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

Name and mailing address of petitioner

Name: Sarah Bannister

Number: 711   Street: Amsterdam Avenue 8I

City: New York   State: NY   ZIP Code: 10025

Name and mailing address of petitioner's representative, if any

Name: 

Number   Street

City   State   ZIP Code

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  01-25-2021  (MM / DD / YYYY)

X  *Sarah Bannister*

Signature of petitioner or representative, including representative's title

**Attorneys**

Printed name: Austin C. Smith

Firm name, if any: Smith Law Group, LLP

Number: 99   Street: Wall Street No.426

City: New York   State: NY   ZIP Code: 10005

Contact phone: (917) 267-2068   Email: austin@acsmithlawgroup.com

Bar number: 5377254

State: New York

X  *Austin C. Smith*   Verified by PDFFiller 02/10/2021

Date signed  2-9-21  (MM / DD / YYYY)

| Debtor | Navient Solutions LLC | Case number (if known) | 21-10249 |

**Name and mailing address of petitioner**

Name: Brandon Hood
Number: 12  Street: Settlers Path
City: Sandwich  State: MA  ZIP Code: 02563

**Name and mailing address of petitioner's representative, if any**

Name: Austin Smith
Number: 95 Cove Hollow Rd  Street:
City: East Hampton  State: NY  ZIP Code: 10005

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 02/09/2021

*(signed)* Signature of petitioner or representative, including representative's title

---

Austin C. Smith
Printed name

Firm name: Smith Law Group, LLP
Number: 99  Street: Wall Street No. 426
City: New York  State: NY  ZIP Code: 10005
Contact phone: 917.992.2121  Email: austin@acsmithlawgroup.com
Bar number: 5377254
State: New York

*Austin C. Smith* — Verified by PDFFiller 02/10/2021
Signature of attorney
Date signed: 2-9-21

---

**Name and mailing address of petitioner**

Name: LeBarron Tate
Number: 11  Street: Meadowsweet
City: Newnan  State: GA  ZIP Code: 30363-2907

**Name and mailing address of petitioner's representative, if any**

Name:
Number:  Street:
City:  State:  ZIP Code:

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 1/25/2021

DocuSigned by: *LaBarron Tate*
Signature of petitioner or representative, including representative's title

---

Austin C. Smith
Printed name

Firm name: Smith Law Group, LLP
Number: 99  Street: Wall Street No. 426
City: New York  State: NY  ZIP Code: 10005
Contact phone: (917) 267-2068  Email: austin@acsmithlawgroup.com
Bar number: 5377254
State: New York

*Austin C. Smith* — Verified by PDFFiller 02/10/2021
Signature of attorney
Date signed: 2-9-21

---