**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| In re Navient Solutions LLC,<br><br>Putative Debtor | )<br>)<br>)   Case Number 21-10249<br>)<br>) |

**DECLARATION OF AUSTIN C. SMITH**

1. I, Austin C. Smith, attorney for the petitioners, do hereby declare that the following are true and correct copies of publicly available documents:

2. Attached as Exhibit A, are the original and amended claims filed by the Internal Revenue Service in *In re TERI,* 08-12450 (Bankr. Mass. Apr. 14, 2009);

3. Attached as Exhibit B, is the Defendants' 12(b)(6) in Bannister et. al. v. U.S. Treasury, 20-CV-4458, ECF No. 20 (S.D.N.Y. 2020);

4. Attached as Exhibit C, In re Navient Corporation, 16-42-SA (Jan 15, 2021);

5. Attached as Exhibit D, Letter from Jack Remondi to Secretary Devos (Nov 9, 2019);

6. Attached as Exhibit E, SLM Private Education Loan ABS Primer (Feb. 19, 2014);

7. Attached as Exhibit F, Note Disclosure Statement, dated Feb. 8, 2007;

8. Attached as Exhibit G, excerpt of hearing on motion for a preliminary injunction in *Haas et. al. v. Navient Solutions et al.*, 16-01375 (Bankr. S.D. Tex 2017);

9. Attached as Exhibit H, Sanctions Order against Sallie Mae (Apr. 9, 2013);

10. Attached as Exhibit I, Tran. of Hearing in Crocker of August 27, 2020

Sworn this 9th day of February 2021

*/s Austin C. Smith*