**SLG**

Hon. Martin Glenn
U.S. Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY,10004

*In re: Navient Solutions LLC,* 21-10249-mg

Feb 22, 2021

Dear Judge Glenn:

Sarah Bannister, Brandon Hood, and LaBarron Tate ("Petitioning Creditors"), by and through undersigned counsel, respectfully requests a twelve-hour extension on the 5:00 p.m. deadline set forth by this Court, which amended the scheduling order of February 18, 2021 (ECF No. 20).

Counsel is diligently preparing the opposition but fears he will be unable to submit a clean version by noon. Counsel is confident he will be able to submit a clean version by tomorrow. Counsel thanks the Court for its consideration.

Sincerely,

*/s Austin Smith*

THE EXTENSION REQUEST IS GRANTED.
MEMORANDUM ENDORSED.
IT IS SO ORDERED.

Dated: **February 23, 2021**
New York, New York

_____**/s/Martin Glenn**_____
UNITED STATES BANKRUPTCY JUDGE