**SLG**

Hon. Martin Glenn
U.S. Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY, 10004

*In re: Navient Solutions LLC,* 21-10249-mg

Feb 22, 2021

Dear Judge Glenn:

    Sarah Bannister, Brandon Hood, and LaBarron Tate ("Petitioning Creditors"), by and through undersigned counsel, respectfully submits this letter in order to redress a scrivener's error in earlier letter of last evening.

    Counsel wrote that he sought a twelve-hour extension on the 5:00 p.m. deadline set forth by this Court, which amended the scheduling order of February 18, 2021 (ECF No. 20), but intended and hopes opposing counsel understood his request as to read 24 hours. Counsel intends to file papers at 5:00 pm and apologizes for his drafting error.

    Counsel thanks the Court for its consideration.

Sincerely,

*/s Austin Smith*

SMITH LAW GROUP LLP.
99 WALL STREET | NO. 426
NEW YORK | NY | 10005