# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

Chad J. Husnick, P.C.
To Call Writer Directly:
+1 312 862 2009
chad.husnick@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

February 24, 2021

The Honorable Martin Glenn
U.S. Bankruptcy Court for the
  Southern District of New York
One Bowling Green
New York, NY 10004

Re: In re Navient Solutions, LLC, Case No. 21-10249 (MG)
Public Interest Capital, LLC Adjournment Request [Docket No. 37]

Dear Judge Glenn:

I represent Navient Solutions, LLC ("Navient"), the alleged debtor, in the above-referenced involuntary case. I write in response to a letter submitted by Michael B. Wolk on behalf of Public Interest Capital, LLC ("PICAP") requesting an adjournment of the hearing on Navient's motion to dismiss, which is currently scheduled for tomorrow, Thursday, February 25, 2021, at 10 a.m. ET.

Pursuant to Your Honor's chambers rules, a party requesting an adjournment must first seek the consent of the other parties involved in the hearing before seeking adjournment from the Court. PICAP did not contact Navient prior to making its request for an adjournment to the Court. To be clear, Navient does not consent to an adjournment and wishes to proceed with its motion to dismiss at the hearing tomorrow morning.

Please let us know if we can be of any further assistance to the Court.

Respectfully,

Chad J. Husnick, P.C.