Stephen E. Hessler, P.C.
Chad J. Husnick, P.C.
Jennifer Levy (admitted *pro hac vice*)
AnnElyse Scarlett Gains
**KIRKLAND & ELLIS LLP**
**KIRKLAND & ELLIS INTERNATIONAL LLP**
601 Lexington Avenue
New York, New York 10022
Telephone:  (212) 446-4800
Facsimile:   (212) 446-4900

*Co-Counsel for Navient Solutions, LLC*

Thomas M. Farrell (admitted *pro hac vice*)
K. Elizabeth Sieg (admitted *pro hac vice*)
Joseph Florczak (admitted *pro hac vice*)
**MCGUIREWOODS LLP**
800 East Canal Street
Richmond, Virginia 23219
Telephone:   (804) 775-1000

*Co-Counsel for Navient Solutions, LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| NAVIENT SOLUTIONS, LLC, | ) | Case No. 21-10249 (MG) |
| | ) | |
| Putative Debtor. | ) | |

**AGENDA FOR FEBRUARY 25, 2021 TELEPHONIC HEARING**

| | |
|---|---|
| Time and Date of Hearing: | February 25, 2021, at 10:00 a.m. (prevailing Eastern Time) |
| Telephonic Only Hearing: | In accordance with General Order M-543 ("General Order M-543"), dated March 20, 2020, the Hearing will only be conducted telephonically. Any parties wishing to participate in the Hearing must make arrangements through CourtSolutions LLC. Instructions to register for CourtSolutions LLC are attached to General Order M-543. Please register with Court Solutions at www.court-solutions.com. |
| Copies of Motions: | A copy of each pleading can be viewed on the Court's website at http://www.nysb.uscourts.gov). |

**I.     CONTESTED MATTERS GOING FORWARD:**

1. *Expedited Motion to Dismiss*. Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 14].

    Objection Deadline: February 22, 2021, at 12:00 p.m. (prevailing Eastern Time) for all interested parties. As reflected at Docket No. 36, the objection deadline for petitioners' counsel was extended through February 23, 2021 at 5:00 a.m. (prevailing Eastern Time).

    Objections and Responses Received:

    A. No objections were received or filed on the docket.

    B. Joinder in Involuntary Case Pursuant to 11 U.S.C. 303(c) and Rule 1003(b) of the Federal Bankruptcy Rules [Docket No. 35].

    C. First Motion for Adjournment to Protect the Statutory Rights of the Unsecured Creditors Against the Alleged Debtor [Docket No. 37].

        i. Letter to Judge Glenn in Response to Public Interest Capital, LLC's Adjournment Request [Docket No. 39].

    Petitioners' Pleadings:

    D. Involuntary Petition [Docket No. 1].

    E. Amended Involuntary Petition [Docket No. 2].

    F. Declaration of Austin C. Smith [Docket No. 3].

    G. Summons to Debtor in Involuntary Case [Docket No. 5].

    H. Petitioners' Letter Requesting Summary Judgment [Docket No. 17].

    I. Petitioners' Letter Amended Letter Requesting Summary Judgment [Docket No. 22].

        i. Declaration of Austin C. Smith [Docket No. 23].

        ii. Order Denying Letter Requests [Docket No. 24].

    J. Letter Requesting Five Hour Extension [Docket No. 30]

        i. Memorandum Endorsed So Ordered Letter [Docket No. 31].

    K. Letter Filed Requesting 12-hour Extension [Docket No. 32].

       i. Memorandum Endorsed So Ordered Letter [Docket No. 33].

       ii. Amended Letter Filed Requesting 24-hour Extension [Docket No. 34].

       iii. Memorandum Endorsed So Ordered Letter (Re Docket No. 34) [Docket No. 36].

<u>Putative Debtors' Pleadings and Related Documents</u>:

A. Corporate Ownership Statement [Docket No. 13].

B. Navient Solutions, LLC's Motion to Shorten the Notice Period with Respect to Navient Solutions, LLC's Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 15].

C. Declaration of Stephen E. Hessler, P.C. in Support of the Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 16].

D. Order Shortening the Notice Period with Respect to Navient Solutions, LLC's Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 18].

E. Order Shortening the Notice Period with Respect to Navient Solutions, LLC's Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 19].

F. Notice of Hearing on the Expedited Motion to Dismiss Involuntary Petition and Request for Damages to be Held on February 25, 2021 Hearing [Docket No. 20].

G. Certificate of Service (Re Docket Nos. 6, 7, 8, 9, 10, 11, 12, 13, 14, 15, 16, 19, 20) [Docket No. 28].

H. Declaration of Stephen E. Hessler in Support of the Expedited Motion to Dismiss Involuntary Petition and Request for Damages [Docket No. 29].

I. Certificate of Service (re Docket No. 29) [Docket No. 38].

**Status**: This matter is going forward.

[*Remainder of page intentionally left blank*]

Dated: February 24, 2021

/s/ *Stephen E. Hessler*

| | |
|---|---|
| Stephen E. Hessler, as President of Stephen E. Hessler P.C., partner of Kirkland & Ellis LLP<br>Chad J. Husnick, P.C.<br>Jennifer Levy (admitted *pro hac vice*)<br>AnnElyse Scarlett Gains<br>**KIRKLAND & ELLIS LLP**<br>**KIRKLAND & ELLIS INTERNATIONAL LLP**<br>601 Lexington Avenue<br>New York, New York 10022<br>Telephone:    (212) 446-4800<br>Facsimile:    (212) 446-4900<br>Email:    stephen.hessler@kirkland.com<br>Email:    chad.husnick@kirkland.com<br>Email:    jennifer.levy@kirkland.com<br>Email:    annelyse.gains@kirkland.com<br><br>*Co-Counsel for Navient Solutions, LLC* | Thomas M. Farrell (admitted *pro hac vice*)<br>K. Elizabeth Sieg (admitted *pro hac vice*)<br>Joseph Florczak (admitted *pro hac vice*)<br>**MCGUIREWOODS LLP**<br>800 East Canal Street<br>Richmond, Virginia 23219<br>Telephone:    (804) 775-1000<br>Email: tfarrell@mcguirewoods.com<br>Email: bsieg@mcguirewoods.com<br>Email: jflorczak@mcguirewoods.com<br><br>*Co-Counsel for Navient Solutions, LLC* |