# SLG

Hon. Martin Glenn
U.S. Bankruptcy Judge
One Bowling Green
Room No. 523
New York, NY, 10007

      *Re:* Letter, *In re Navient Solutions LLC*, 21-10249-mg

                                                                                                      March 11, 2021

Dear Judge Glenn:

      Pursuant to Local Rule 9006-2 and Fed. R. Civ. Pro 59, Petitioning Creditors seek an extension to April 7, 2021 for leave to file a motion for reconsideration of this Court's ruling that found they and/or undersigned counsel acted in bad faith. *See, e.g., In re Gutierrez*, No. 20-50129-NPO, 2020 WL 3720211, at *4 (Bankr. S.D. Miss. May 15, 2020). Undersigned counsel will be on medical leave until that time and opposing counsel has graciously stated that Navient Solutions LLC does not oppose such an extension provided it is confined to the issue of bad faith.

      We appreciate this Court's consideration.

                                                                                                    Sincerely,

                                                                                            */s Austin Smith*

SMITH LAW GROUP LLP.
99 WALL STREET | NO. 426
NEW YORK | NY | 10005