**KIRKLAND & ELLIS LLP**
AND AFFILIATED PARTNERSHIPS

Chad J. Husnick, P.C.
To Call Writer Directly:
+1 312 862 2009
chad.husnick@kirkland.com

300 North LaSalle
Chicago, IL 60654
United States

+1 312 862 2000

www.kirkland.com

Facsimile:
+1 312 862 2200

March 11, 2021

The Honorable Martin Glenn
U.S. Bankruptcy Court for the Southern District of New York
One Bowling Green
New York, NY 10004

  **Re: In re Navient Solutions, LLC, Case No. 21-10249 (MG); Letter Filed by Austin Connell Smith on behalf of Sarah Bannister, Brandon Hood, and Labarron Tate [Docket No. 46].**

Dear Judge Glenn:

  I represent Navient Solutions, LLC ("*Navient*"), the alleged debtor, in the above referenced involuntary case that was dismissed on February 25, 2021 per the *Order Granting (A) Expedited Motion to Dismiss Involuntary Petition and (B) Related Relief* [Docket Not. 42]. I write in response to a letter (the "*Letter*") submitted by Austin Connell Smith on behalf of Sarah Bannister, Brandon Hood, and Labarron Tate [Docket No. 46] seeking "an extension to April 7, 2021 for leave to file a motion for reconsideration of this Court's ruling that found they and/or undersigned counsel acted in bad faith." *Id*.

  While Navient does not oppose counsel's extension request, Navient also does not believe that such an extension is available under the law. *See* Fed. R. Bankr. P. 9006(b)(2) ("Enlargement Not Permitted. The court may not enlarge the time for taking action under Rules 1007(d), 2003(a) and (d), 7052, 9023, and 9024.").

  Please let us know if we can be of any further assistance to the Court.

          Respectfully,

          */s/ Chad J. Husnick*

          Chad J. Husnick, P.C.