# Exhibit C

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>NAVIENT SOLUTIONS, LLC,<br><br>                Putative Debtor. | Chapter 11<br><br>Case No. 21-10249 (MG) |

**ORDER DENYING MOTION FOR RECONSIDERATION**

The Petitioning Creditors, through counsel, filed a motion on March 11, 2021, for the Court to reconsider its findings in connection with the dismissal of the involuntary petition in this case. ("Motion," ECF Doc. # 49.)

In a motion for reconsideration, "[t]he movant must show that the court overlooked controlling decisions or factual matters that might materially have influenced its earlier decision." *In re Asia Glob. Crossing, Ltd.*, 332 B.R. 520, 524 (Bankr. S.D.N.Y. 2005) (internal quotation marks omitted). "A motion for reconsideration should be granted only when the [movant] identifies 'an intervening change of controlling law, the availability of new evidence, or the need to correct a clear error or prevent manifest injustice.'" *Kolel Beth Yechiel Mechil of Tartikov, Inc. v. YLL Irrevocable Tr.*, 729 F.3d 99, 104 (2d Cir. 2013) (quoting *Virgin Atl. Airways, Ltd. v. Nat'l Mediation Bd.*, 956 F.2d 1245, 1255 (2d Cir. 1992)). "These criteria are strictly construed against the moving party so as to avoid repetitive arguments on issues that have been considered fully by the court." *Griffin Indus., Inc. v. Petrojam, Ltd.*, 72 F. Supp. 2d 365, 368 (S.D.N.Y. 1999). "[A] motion for reconsideration is not an opportunity to present the case under new theories, secure a rehearing on the merits, or otherwise take a 'second bite at the apple.'" *In re Fairfield Sentry Ltd. v. Theodoor GGC Amsterdam (In re Fairfield Sentry Ltd.)*, 2021 WL 771677, at *2 (quoting *Sequa Corp. v. GBJ Corp.*, 156 F.3d 136, 144 (2d Cir. 1998)).

The Motion fails to identify any controlling decisions or factual matters that the Court has not already considered or that would have influenced its earlier decision.  The Motion additionally fails to show clear error or manifest injustice.  Accordingly, the Motion is **DENIED.**

**IT IS SO ORDERED.**

Dated:  March 12, 2021
       New York, New York

                                        **/s/ Martin Glenn**
                                          MARTIN GLENN
                                United States Bankruptcy Judge