# Exhibit D

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

In re:

NAVIENT SOLUTIONS, LLC,

Alleged Debtor.

Case No. 21-10249 (MG)

Chapter 11
(Involuntary Petition)

ORDER DENYING LETTER REQUESTS

The Petitioning Creditors in this involuntary case under chapter 11, through their counsel, have requested by letters (*see* ECF Doc. ## 17, 22) that they be permitted to move by summary judgment, or that the Alleged Debtor's motion to dismiss be converted to a motion for summary judgment. The Alleged Debtor has filed a motion to dismiss the Involuntary Petition (ECF Doc. # 14) that will be heard by the Court at a hearing on Thursday, February 25, 2021, at 10:00 a.m.

The request by the Petitioning Creditors' counsel is **DENIED.**

The hearing on the motion to dismiss will go forward as scheduled.

**IT IS SO ORDERED.**

Dated:   February 19, 2021
         New York, New York

*Martin Glenn*
MARTIN GLENN
United States Bankruptcy Judge

1