# United States District Court
for the
# Southern District of New York
## Related Case Statement

---

### Full Caption of Later Filed Case:

In re Navient Solutions, LLC
Alleged Debtor

LaBarron Tate, Sarah Bannister, Brandon Hood
(Petitioning Creditors)

| Plaintiff | Case Number |
|---|---|
| vs. | 21-10249 (S.D.N.Y. Bankr.) |
| Navient Solutions, LLC (Respondent) | |
| Defendant | |

### Full Caption of Earlier Filed Case:

(including in bankruptcy appeals the relevant adversary proceeding)

LaBarron Tate, Sarah Bannister, Brandon Hood (Plaintiffs)

| Plaintiff | Case Number |
|---|---|
| vs. | 20-cv-4458 (MKV) |
| Steven T. Mnuchin, in his official capacity as the Secretary of the Treasury, The United States Treasury Department, in its sovereign capacity, Brian P. Brooks, in his official capacity as the acting Comptroller of the Currency (Defendants) | |
| Defendant | |

Page 1

IH-32											Rev: 2014-1

Status of Earlier Filed Case:

☐ Closed    (If so, set forth the procedure which resulted in closure, e.g., voluntary dismissal, settlement, court decision. Also, state whether there is an appeal pending.)

☑ Open      (If so, set forth procedural status and summarize any court rulings.)

Pending motion to dismiss by Defendants - No ruling

Explain in detail the reasons for your position that the newly filed case is related to the earlier filed case.

On June 11, 2020, three student loan borrowers named LaBarron Tate, Sarah Bannister and Brandon Hood ("Student Loan Borrowers") commenced a first-filed action in this Court against the government defendants arising from, inter alia, the unlawful servicing of their student loans by Navient Solutions, LLC ("Navient"), a servicing entity that has cinbtracted with the government and is subject to the supervision of and/or regulatory powers from the government defendants. On June 18, 2020, an amended complaint was filed. Student Loan Borrowers seek declaratory relief and equitable relief, such as to void and/or discharge their student loans arising from, inter alia, Navient's unlawful servicing of their student loans in violation of federal law. The government defendants have filed a pending motion to dismiss opposed by Student Loan Borrowers.

On February 8, 2021, these same Student Loan Borrowers, in their capacity as Petitioning Creditors, commenced a second-filed, involuntary Chapter 11 bankruptcy case against Navient, as an alleged debtor, in this Court (which referred the case to a Bankruptcy Judge). The creditor claims of these same Student Loan Borrowers in the second-filed involuntary case, just like their claims in the first-filed pending case, are based upon the unlawful servicing of their student loans by Navient in violation of federal law - - with merits relief sought in the first-filed pending case against the government defendants based upon Navient's unlawful servicing of their student loans, and merits relief sought in the second-filed involuntary case against Navient itself based upon Navient's unlawful servicing of their student loans.

In both cases, the creditor claims for these same Student Loan Borrowers (a) concern the same or substantially similar parties, property, transactions or events involving, inter alia, the unlawful servicing of their student loans by Navient and (b) involve substantial factual overlap in connection with the unlawful servicing of their student loans by Navient.

Pursuant to rulings on February 25, 2021, March 8, 2021 and March 12, 2021 in the second-filed lawsuit, the Bankruptcy Judge dismissed the involuntary case against Navient on a pre-answer motion, and declined to reconsider such dismissal, without having afforded Student Loan Borrowers any opportunity for discovery or to participate in a trial on the merits of the factual allegations set forth in the involuntary petition and the executed supplement with exhibits thereto. The Bankruptcy Judge also declined to allow any other unsecured creditors holding claims against Navient, such as a nationwide group of other student loan borrowers, to proceed as attempted Joinder Creditors, and also denied these other student loan borrowers any opportunity for discovery or to participate in a trial on the merits. The Bankruptcy Judge also made a ruling, at the pre-answer stage, purporting to impose liability on Student Loan Borrowers and their counsel of record for having purportedly engaged in a "bad faith" filing of the involuntary case- - again without any opportunity for discovery, a merits trial, and even though (at the pre-answer stage) the factual allegations set forth in the involuntary petition and the executed supplement with exhibits therteto, are deemed to be true, all plausible inferences therfrom must be drawn in favor of Student Loan Borrowers and against Navient, and Navient introduced facts outside Student Loan Borrowers' pleadings without having converted the motion to dismiss into a motion for summary judgment. Student Loan Borrowers appeal from all of the adverse, pre-answer, rulings by the Bankruptcy Judge. Counsel of record for Student Loan Borrowers in the second-filed involuntary bankruptcy case, who is also counsel of record for Student Loan Borrowers in the first-filed pending case, hasd also appealed from the adverse bad faith rulings by the Bankruptcy Judge at the pre-answer stage.

Signature: /s Austin C. Smith					Date: 3/26/2021

Firm:  Smith Law Group LLP

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for use of the Clerk of Court for the purpose of initiating the civil docket sheet.

**PLAINTIFFS**
Bankruptcy Appeal: Appellants LaBarron Tate, Sarah Bannister and Brandon Hood (and, where applicable, their counsel of record Austin C. Smith, Esq., and his law firm of Smith Law Group LLP)

**ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER**
Smith Law Group LLP, 3 Mitchell Place, NY, NY 10017, Att: Austin C. Smith, Esq., Tel: 917-992-2121

**DEFENDANTS**
Appellee and Alleged Involuntary Debtor: Navient Solutions, LLC

**ATTORNEYS (IF KNOWN)**
Kirkland & Ellis LLP, 601 Lexington Ave., NY, NY 10022, Att: Stephen Hessler, Esq., Tel: 212-446-4800 -and-
McGuireWoods LLP, 600 Travis St., Suite 6500, Houston, TX 77022, Att:

**CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE)
(DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY)

11 U.S.C. 303 and Bankruptcy Appeal under the Federal Rules of Bankruptcy Procedure involving an Involuntary Chapter 11 bankruptcy ca

Has this action, case, or proceeding, or one essentially the same been previously filed in SDNY at any time? No ☑ Yes ☐    Judge Previously Assigned

If yes, was this case  Vol. ☐  Invol. ☐   Dismissed. No ☐  Yes ☐   If yes, give date _____ & Case No. _____

IS THIS AN INTERNATIONAL ARBITRATION CASE?    No ☒    Yes ☐

(PLACE AN [x] IN ONE BOX ONLY)    **NATURE OF SUIT**

**TORTS**                                                                                    **ACTIONS UNDER STATUTES**

| CONTRACT | PERSONAL INJURY | PERSONAL INJURY | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| [ ] 110 INSURANCE | [ ] 310 AIRPLANE | [ ] 367 HEALTHCARE/PHARMACEUTICAL PERSONAL INJURY/PRODUCT LIABILITY | [ ] 625 DRUG RELATED SEIZURE OF PROPERTY 21 USC 881 | [X] 422 APPEAL 28 USC 158 | [ ] 375 FALSE CLAIMS |
| [ ] 120 MARINE | [ ] 315 AIRPLANE PRODUCT LIABILITY | | | [ ] 423 WITHDRAWAL 28 USC 157 | [ ] 376 QUI TAM |
| [ ] 130 MILLER ACT | [ ] 320 ASSAULT, LIBEL & SLANDER | [ ] 365 PERSONAL INJURY PRODUCT LIABILITY | [ ] 690 OTHER | | [ ] 400 STATE REAPPORTIONMENT |
| [ ] 140 NEGOTIABLE INSTRUMENT | [ ] 330 FEDERAL EMPLOYERS' LIABILITY | [ ] 368 ASBESTOS PERSONAL INJURY PRODUCT LIABILITY | **PROPERTY RIGHTS** | | [ ] 410 ANTITRUST |
| [ ] 150 RECOVERY OF OVERPAYMENT & ENFORCEMENT OF JUDGMENT | [ ] 340 MARINE | **PERSONAL PROPERTY** | [ ] 820 COPYRIGHTS  [ ] 880 DEFEND TRADE SECRETS ACT | | [ ] 430 BANKS & BANKING |
| | | | [ ] 830 PATENT | | [ ] 450 COMMERCE |
| | | | | | [ ] 460 DEPORTATION |
| [ ] 151 MEDICARE ACT | [ ] 345 MARINE PRODUCT LIABILITY | [ ] 370 OTHER FRAUD | [ ] 835 PATENT-ABBREVIATED NEW DRUG APPLICATION | | [ ] 470 RACKETEER INFLU-ENCED & CORRUPT ORGANIZATION ACT (RICO) |
| [ ] 152 RECOVERY OF DEFAULTED STUDENT LOANS (EXCL VETERANS) | [ ] 350 MOTOR VEHICLE | [ ] 371 TRUTH IN LENDING | [ ] 840 TRADEMARK | | [ ] 480 CONSUMER CREDIT |
| | [ ] 355 MOTOR VEHICLE PRODUCT LIABILITY | | | **SOCIAL SECURITY** | [ ] 485 TELEPHONE CONSUMER PROTECTION ACT |
| [ ] 153 RECOVERY OF OVERPAYMENT OF VETERAN'S BENEFITS | [ ] 360 OTHER PERSONAL INJURY | [ ] 380 OTHER PERSONAL PROPERTY DAMAGE | **LABOR** | [ ] 861 HIA (1395ff) | |
| | [ ] 362 PERSONAL INJURY - MED MALPRACTICE | [ ] 385 PROPERTY DAMAGE PRODUCT LIABILITY | [ ] 710 FAIR LABOR STANDARDS ACT | [ ] 862 BLACK LUNG (923) | [ ] 490 CABLE/SATELLITE TV |
| [ ] 160 STOCKHOLDERS SUITS | | | | [ ] 863 DIWC/DIWW (405(g)) | [ ] 850 SECURITIES/COMMODITIES/EXCHANGE |
| [ ] 190 OTHER CONTRACT | | | [ ] 720 LABOR/MGMT RELATIONS | [ ] 864 SSID TITLE XVI | |
| | | **PRISONER PETITIONS** | [ ] 740 RAILWAY LABOR ACT | [ ] 865 RSI (405(g)) | [ ] 890 OTHER STATUTORY ACTIONS |
| [ ] 195 CONTRACT PRODUCT LIABILITY | **ACTIONS UNDER STATUTES** | [ ] 463 ALIEN DETAINEE | [ ] 751 FAMILY MEDICAL LEAVE ACT (FMLA) | **FEDERAL TAX SUITS** | |
| | | [ ] 510 MOTIONS TO VACATE SENTENCE 28 USC 2255 | | [ ] 870 TAXES (U.S. Plaintiff or Defendant) | [ ] 891 AGRICULTURAL ACTS |
| [ ] 196 FRANCHISE | **CIVIL RIGHTS** | [ ] 530 HABEAS CORPUS | [ ] 790 OTHER LABOR LITIGATION | [ ] 871 IRS-THIRD PARTY 26 USC 7609 | [ ] 893 ENVIRONMENTAL MATTERS |
| | | [ ] 535 DEATH PENALTY | | | [ ] 895 FREEDOM OF INFORMATION ACT |
| | [ ] 440 OTHER CIVIL RIGHTS (Non-Prisoner) | [ ] 540 MANDAMUS & OTHER | [ ] 791 EMPL RET INC SECURITY ACT (ERISA) | | |
| **REAL PROPERTY** | [ ] 441 VOTING | | | | [ ] 896 ARBITRATION |
| [ ] 210 LAND CONDEMNATION | [ ] 442 EMPLOYMENT | **PRISONER CIVIL RIGHTS** | **IMMIGRATION** | | [ ] 899 ADMINISTRATIVE PROCEDURE ACT/REVIEW OR APPEAL OF AGENCY DECISION |
| [ ] 220 FORECLOSURE | [ ] 443 HOUSING/ACCOMMODATIONS | [ ] 550 CIVIL RIGHTS | [ ] 462 NATURALIZATION APPLICATION | | |
| [ ] 230 RENT LEASE & EJECTMENT | [ ] 445 AMERICANS WITH DISABILITIES - EMPLOYMENT | [ ] 555 PRISON CONDITION | [ ] 465 OTHER IMMIGRATION ACTIONS | | [ ] 950 CONSTITUTIONALITY OF STATE STATUTES |
| [ ] 240 TORTS TO LAND | | [ ] 560 CIVIL DETAINEE CONDITIONS OF CONFINEMENT | | | |
| [ ] 245 TORT PRODUCT LIABILITY | [ ] 446 AMERICANS WITH DISABILITIES -OTHER | | | | |
| [ ] 290 ALL OTHER REAL PROPERTY | [ ] 448 EDUCATION | | | | |

Check if demanded in complaint:

☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23

DO YOU CLAIM THIS CASE IS RELATED TO A CIVIL CASE NOW PENDING IN S.D.N.Y. AS DEFINED BY LOCAL RULE FOR DIVISION OF BUSINESS 13?
IF SO, STATE:

DEMAND $_____ OTHER _____    JUDGE Hon. Mary Kay Vyskocil    DOCKET NUMBER 20-cv-4458

Check YES only if demanded in complaint
JURY DEMAND: ☐ YES ☒ NO    NOTE: You must also submit at the time of filing the Statement of Relatedness form (Form IH-32).

(PLACE AN x IN ONE BOX ONLY) **ORIGIN**

- [ ] 1 Original Proceeding
- [ ] 2 Removed from State Court
- [ ] 3 Remanded from Appellate Court
- [ ] 4 Reinstated or Reopened
- [ ] 5 Transferred from (Specify District)
- [ ] 6 Multidistrict Litigation (Transferred)
- [ ] 7 Appeal to District Judge from Magistrate Judge
- [x] a. all parties represented
- [ ] b. At least one party is pro se.
- [ ] 8 Multidistrict Litigation (Direct File)

(PLACE AN x IN ONE BOX ONLY)    **BASIS OF JURISDICTION**    *IF DIVERSITY, INDICATE CITIZENSHIP BELOW.*

- [ ] 1 U.S. PLAINTIFF
- [ ] 2 U.S. DEFENDANT
- [x] 3 FEDERAL QUESTION (U.S. NOT A PARTY)
- [ ] 4 DIVERSITY

**CITIZENSHIP OF PRINCIPAL PARTIES (FOR DIVERSITY CASES ONLY)**

(Place an [X] in one box for Plaintiff and one box for Defendant)

| | PTF | DEF | | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|---|---|---|
| CITIZEN OF THIS STATE | [ ]1 | [ ]1 | CITIZEN OR SUBJECT OF A FOREIGN COUNTRY | [ ]3 | [ ]3 | INCORPORATED and PRINCIPAL PLACE OF BUSINESS IN ANOTHER STATE | [ ]5 | [ ]5 |
| CITIZEN OF ANOTHER STATE | [ ]2 | [ ]2 | INCORPORATED or PRINCIPAL PLACE OF BUSINESS IN THIS STATE | [ ]4 | [ ]4 | FOREIGN NATION | [ ]6 | [ ]6 |

PLAINTIFF(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS(ES) AND COUNTY(IES)

DEFENDANT(S) ADDRESS UNKNOWN
REPRESENTATION IS HEREBY MADE THAT, AT THIS TIME, I HAVE BEEN UNABLE, WITH REASONABLE DILIGENCE, TO ASCERTAIN THE RESIDENCE ADDRESSES OF THE FOLLOWING DEFENDANTS:

**COURTHOUSE ASSIGNMENT**

I hereby certify that this case should be assigned to the courthouse indicated below pursuant to Local Rule for Division of Business 18, 20 or 21.

Check one:    THIS ACTION SHOULD BE ASSIGNED TO:    [ ] WHITE PLAINS    [x] MANHATTAN

DATE March 26, 2021    SIGNATURE OF ATTORNEY OF RECORD /s Austin C. Smith

RECEIPT #

ADMITTED TO PRACTICE IN THIS DISTRICT
[ ] NO
[x] YES (DATE ADMITTED Mo. 6 Yr. 2016)
Attorney Bar Code # 4983

Magistrate Judge is to be designated by the Clerk of the Court.

Magistrate Judge _____ is so Designated.

Ruby J. Krajick, Clerk of Court by _____ Deputy Clerk, DATED _____.

UNITED STATES DISTRICT COURT (NEW YORK SOUTHERN)