UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re                                                    Case No. 21-21049 (MG)

NAVIENT SOLUTIONS, LLC,                    **NOTICE OF APPEAL**

         Alleged Involuntary Debtor.         **RELATED TO PENDING APPEAL**
                                            **BEFORE U.S.D.J. KOELTL**
------------------------------------------------------------x

      **PLEASE TAKE NOTICE** that Public Interest Capital, LLC ("PICAP") hereby appeals to the United States District Court for the Southern District of New York from each and every part of (a) an Order entered May 11, 2021 by the United States Bankruptcy Court for the Southern District of New York, Dkt. 74 ("Legal Fee Order"), to the extent that such Legal Fee Order awarded the sum of $14,649.40 to the alleged involuntary debtor Navient Solutions, LLC ("Navient") against PICAP[1] and (b) an Order entered June 29, 2021 by the United States Bankruptcy Court for the Southern District of New York, Dkt. 83 ("Reconsideration Order"), denying PICAP's timely filed motion for reconsideration of the Legal Fee Order, to the extent that such Legal Fee Order awarded the sum of $14,649.40 to Navient Solutions against PICAP.

      **PLEASE TAKE NOTICE** that this Bankruptcy Appeal is related to a pending Bankruptcy Appeal before The Honorable John G. Koeltl, United States District Judge, Case No. 21-cv-02897, originally docketed on April 5, 2021 by the United States District Court for the Southern District of New York.

Dated: July 13, 2021                              Respectfully submitted,

                                             Law Offices of Michael B. Wolk, P.C.

                                             By:      /s/ Michael B. Wolk_____

                                                  Michael B. Wolk
                                           155 East 55th Street, Suite 300B
                                           New York, New York 10022
                                           Tel: 917-238-0576
                                           Email: michael.wolk@wolkgroup.com
                                           Counsel for Appellant
                                            Public Interest Capital, LLC

---

[1] As set forth in the Legal Fee Order, Navient was almost wholly unsuccessful in unsuccessfully seeking to impose the astronomical sum of $609,385.44 on PICAP, and Navient was wholly unsuccessful in unsuccessfully seeking to impose any portion of the astronomical sum of $609,385.44 on counsel of record for PICAP.